## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PENNSYLVANIA SKILL GAMES, LLC,

      Plaintiff,

v.

PACE-O-MATIC, INC. and MIELE MANUFACTURING, INC.

      Defendant.

Civil Action No. 2:18-cv-941

## COMPLAINT

NOW COMES Plaintiff Pennsylvania Skill Games, LLC ("Pennsylvania Skill Games"), by and through its undersigned counsel, and files the following Complaint against Pace-O-Matic, Inc. and Miele Manufacturing, Inc.

## THE PARTIES

1.     Pennsylvania Skill Games is a limited liability company organized and existing under the laws of the Commonwealth of Pennsylvania, with its principal place of business at 1 Constitution Boulevard, Aliquippa, Pennsylvania 15001.

2.     Defendant Pace-O-Matic, Inc. ("Pace-O-Matic") is a corporation incorporated and existing under the laws of the State of Georgia, with its principal place of business at 4150-B Blue Ridge Industrial Parkway, Norcross, Georgia 30071.

3.     Defendant Miele Manufacturing, Inc. ("Miele Manufacturing") is a corporation existing under the laws of the Commonwealth of Pennsylvania, with its principal place of business at 535 East Third Street, Williamsport, PA 17701.

13117061v1

**JURISDICTION AND VENUE**

4.      This Court has personal jurisdiction over Pace-O-Matic and Miele Manufacturing pursuant to 42 Pa. C.S. § 5322 because each has, individually and in concert each other, (a) transacted business in the Commonwealth of Pennsylvania, (b) offered to and contracted to supply goods or services in the Commonwealth of Pennsylvania, and/or (c) caused harm or tortious injury in the Commonwealth of Pennsylvania by an act or omission in or outside of the Commonwealth of Pennsylvania.

5.      This Court has subject matter jurisdiction over certain of Pennsylvania Skill Games' claims against Pace-O-Matic and Miele Manufacturing pursuant to 28 U.S.C. § 1331 because the same arise under Section 43 of the Lanham Act, 15 U.S.C. § 1125.

6.      This Court also has subject matter jurisdiction over certain of Pennsylvania Skill Games' claims against Pace-O-Matic and Miele Manufacturing pursuant to 28 U.S.C. § 1367(a) because those claims are so related to Pennsylvania Skill Games' claims against Pace-O-Matic and Miele Manufacturing which arise under Section 43 of the Lanham Act, 15 U.S.C. § 1125 that they form part of the same case or controversy under Article III of the United States Constitution.

7.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) in that a substantial part of the events and omissions giving rise to Pennsylvania Skill Games' claims against Pace-O-Matic and Miele Manufacturing occurred and/or continue to occur in this District.

**FACTUAL BACKGROUND**

8.      Pennsylvania Skill Games is an operator of electronic video game machines.

9.      Pennsylvania Skill Games is the owner of the PENNSYLVANIA SKILL trademark as used in several forms, including, without limitation, a stylized form and a standard

character word form, used on or in connection with certain goods and services, including but not limited to electronic gaming machines, as well as all right, title, and interest in common law rights from uses on goods and services for which registrations have not yet been obtained.

10. Since at least 2010, Pennsylvania Skill Games has used the PENNSYLVANIA SKILL trademark in connection with the advertising, marketing, and promotion, and operation, of its electronic video game machines throughout the Commonwealth of Pennsylvania.

11. Pennsylvania Skill Games has expended significant resources in connection with the use of its PENNSYLVANIA SKILL trademark in advertising, marketing, and promoting, and operating, its electronic video game machines.

12. As a result of Pennsylvania Skill Games' expenditure of significant resources in connection with the use of its PENNSYLVANIA SKILL trademark in advertising, marketing, and promoting, and operating, its electronic video game machines, the PENNSYLVANIA SKILL trademark has become distinctive with consumers and distributors, manufacturers, and operators in the electronic video game machine industry.

13. As a result of Pennsylvania Skill Games' expenditure of significant resources in connection with the use of its PENNSYLVANIA SKILL trademark in advertising, marketing, and promotion, and operating, its electronic video game machines, the PENNSYLVANIA SKILL trademark has acquired goodwill and reputation with consumers and distributors, manufacturers, and operators in the electronic video game machine industry.

14. As a result of Pennsylvania Skill Games' expenditure of significant resources in connection with the use of its PENNSYLVANIA SKILL trademark in advertising, marketing, and promotion, and operating, its electronic video game machines, Pennsylvania Skill Games has acquired common law and/or statutory rights in its PENNSYLVANIA SKILL trademark.

15.    In or about 2012 or 2013, Pennsylvania Skill Games approached Pace-O-Matic regarding the possibility of Pennsylvania Skill Games and Pace-O-Matic jointly developing electronic video game machines compliant with Pennsylvania law, and specifically, 18 Pa. C.S. § 5513.

16.    In or about 2013, Pennsylvania Skill Games entered into an oral agreement with Pace-O-Matic to jointly develop electronic video game machines compliant with Pennsylvania law, and specifically, 18 Pa. C.S. § 5513.

17.    Pennsylvania Skill Games and Pace-O-Matic agreed that Pace-O-Matic, with the assistance of Pennsylvania Skill Games and Miele Manufacturing, would design and manufacture the electronic video game machines.

18.    Pennsylvania Skill Games and Pace-O-Matic agreed that the electronic video game machines would be advertised, marketed, and promoted, and operated, using the PENNSYLVANIA SKILL trademark, and that Pennsylvania Skill Games and Pace-O-Matic would collaborate to develop a stylized form of PENNSYLVANIA SKILL for use in connection with the advertisement, marketing, and promotion, and operation, of the electronic video game machines.

19.    Pennsylvania Skill Games and Pace-O-Matic also agreed that Pennsylvania Skill Games would advertise, market, and promote, and operate, the electronic video game machines, and be granted an exclusive right to advertise, market, and promote, and operate, the electronic video games machines in Beaver County, Pennsylvania.

20.    Pennsylvania Skill Games and Pace-O-Matic jointly designed and developed the electronic video game machines, including a stylized form of the PENNSYLVANIA SKILL

trademark for use in connection with the advertisement, marketing, and promotion, and operation, of the electronic video game machines.

21.     Pace-O-Matic and Pennsylvania Skill Games subsequently worked together to submit their electronic video game machines to a representative of the Pennsylvania Liquor Control Board for an informal opinion as to whether the electronic video game machines complied with Pennsylvania law, and specifically, 18 Pa. C.S. § 5513.

22.     Pennsylvania Skill Games then placed one of the electronic video game machines at the American Italian Club of Aliquippa, an entity with whom it had a long standing relationship, and Pace-O-Matic and Pennsylvania Skill Games worked with the Pennsylvania Bureau of Liquor Control Enforcement to organize a "controlled pick up," i.e., a seizure of the electronic video game machine.

23.     Pace-O-Matic, with the assistance of Pennsylvania Skill Games, then challenged the Pennsylvania Bureau of Liquor Control Enforcement's seizure of the electronic video game machine and requested a return of the electronic video game machine in a criminal case in the Court of Common Pleas of Beaver County, Pennsylvania at Docket No. MD-965-2013 (*In re Pace-O-Matic Equipment, Terminal ID No. 142613*) (the "Beaver County Criminal Case").

24.     Pace-O-Matic, with the assistance of Pennsylvania Skill Games, successfully litigated the legality of the electronic video game machines and obtained a return of the electronic video game machine.  A true and correct copy of an Opinion authored by the Court of Common Pleas of Beaver County in the Beaver County Criminal Case is attached hereto as **Exhibit A**.

25.     In furtherance of the oral agreement entered into by and between Pennsylvania Skill Games and Pace-O-Matic in 2013, on or about May 20, 2015, Pennsylvania Skill Games,

on the one hand, and Pace-O-Matic and Miele Manufacturing, on the other hand, entered into an Equipment Purchase Agreement which provided for Pace-O-Matic and Miele Manufacturing to sell, transfer, and assign to Pennsylvania Skill Games hardware, electronic components, and software for electronic video game machines compliant with Pennsylvania law, and specifically, 18 Pa. C.S. § 5513. A true and correct copy of the Equipment Purchase Agreement is attached hereto as **Exhibit B**.

26. Pursuant to the Equipment Purchase Agreement, Pace-O-Matic and Miele Manufacturing agreed to sell, transfer, and assign to Pennsylvania Skill Games "Compliant Terminals" and "Hardware Components," i.e., electronic video game machines that contain the skill games and software plays determined to be legal in the Beaver County Criminal Case.

27. Pursuant to the Equipment Purchase Agreement, Pace-O-Matic and Miele Manufacturing also agreed to sell software plays for its electronic video game machines to Pennsylvania Skill Games, and to use all reasonable efforts to ensure that Pennsylvania Skill Games has access to software plays for its electronic video game machines for as long as Pace-O-Matic and Miele Manufacturing are in the market.

28. Pennsylvania Skill Games specifically sought to purchase *only* Compliant Terminals, i.e., electronic video game machines that contain the skill games and software plays determined to be legal in the Beaver County Criminal Case.

29. The Equipment Purchase Agreement also contained a "Right of First Refusal" provision for the benefit of Pennsylvania Skill Games relating to the placement of electronic video game machines and the purchase of software plays in Beaver County. Pursuant to the Right of First Refusal Provision, if Pennsylvania Skill Games opted not to place electronic video game machines in certain Beaver County locations, then Pace-O-Matic and Miele

13117061v1

Manufacturing, through another vendor, could place electronic video game machines in those locations.

30.    On or about March 30, 2018, Pennsylvania Skill Games filed two (2) trademark applications in the United States Patent and Trademark Office, Serial No. 87856441 for the word mark PENNSYLVANIA SKILL and Serial No. 87856442 for the combination mark PENNSYLVANIA SKILL and design, claiming its trademark rights in its PENNSYLVANIA SKILL trademark (the "Trademark Applications").

31.    However, Pace-O-Matic and, upon information and belief based upon the averments of a Complaint filed by POM of Pennsylvania, LLC ("POM of Pennsylvania") (Pace-O-Matic's alleged successor-in-interest) and Savvy Dog Systems, LLC ("Savvy Dog") (another entity allegedly affiliated with Pace-O-Matic) against Pennsylvania Skill Games on June 10, 2018 in the United States District Court for the Western District of Pennsylvania at Civil Action No. 2:18-cv-00722-RCM, POM of Pennsylvania and Savvy Dog, are claiming to be the prior and/or current owners/licensees of the PENNSYLVANIA SKILL trademark.

32.    On or about May 30, 2018, Savvy Dog filed two (2) trademark applications in the United States Patent and Trademark Office, Serial No. 87941545 for the word mark PENNSYLVANIA SKILL and Serial No. 87941440 for the combination mark PENNSYLVANIA SKILL and design, falsely claiming trademark rights identical to those owned by Pennsylvania Skill Games in the PENNSYLVANIA SKILL trademark as described in Pennsylvania Skill Games' Trademark Applications.

33.    Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania and Savvy Dog, have sold, transferred, and assigned to Pennsylvania Skill Games certain electronic video game machines

13117061v1

that do not contain the skill games and software plays determined to be legal in the Beaver County Criminal Case in breach of the Equipment Purchase Agreement and which instead contain games of chance and software plays which are not in compliance with Pennsylvania law, and specifically 18 Pa. C.S. § 5513.

34.     Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania and Savvy Dog, have also sold, transferred, and assigned electronic video game machines to other vendors for distribution in Beaver County, without first giving notice to Pennsylvania Skill Games of their intention to sell, transfer, and assign the same and without providing Pennsylvania Skill Games an opportunity to exercise its Right of First Refusal in breach of the Equipment Purchase Agreement.

35.     In doing so, Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania and Savvy Dog, are using Pennsylvania Skill Games' PENNSYLVANIA SKILL trademark on the electronic video game machines sold, transferred, and assigned to other vendors for distribution in Beaver County, without Pennsylvania Skill Games' permission, which permission was given conditioned on Pace-O-Matic fulfilling its obligations under the parties' oral agreement and the Equipment Purchase Agreement.

36.     Moreover, upon information and belief, Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania and Savvy Dog, have sold, transferred, and assigned to other vendors certain electronic video game machines that do not contain the skill games and software plays determined to be legal in the Beaver County Criminal Case, and which instead contain games of

13117061v1

chance and software plays which are not in compliance with Pennsylvania law, and specifically 18 Pa. C.S. § 5513, to other vendors for distribution in Beaver County and elsewhere.

37.     In doing so, Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania and Savvy Dog, are using Pennsylvania Skill Games' PENNSYLVANIA SKILL trademark on electronic video game machines that do not contain the skill games and software plays determined to be legal in the Beaver County Criminal Case, and which instead contain games of chance and software plays which are not in compliance with Pennsylvania law, and specifically 18 Pa. C.S. § 5513, and that are being sold, transferred, and assigned to other vendors for distribution in Beaver County and throughout Pennsylvania, without Pennsylvania Skill Games' permission, which permission was given conditioned on Pace-O-Matic fulfilling its obligations under the parties' oral agreement and the Equipment Purchase Agreement.

38.     Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania and Savvy Dog, are using Pennsylvania Skill Games' PENNSYLVANIA SKILL trademark to advertise, market, and promote their electronic video game machines, including by representing that their electronic video game machines are the "only legal skill game in Pennsylvania that makes any money," and that it is "completely legal to pay cash prizes," despite having knowledge that their electronic video game machines do not contain the skill games and software plays determined to be legal in the Beaver County Criminal Case, and instead contain games of chance and software plays which are not in compliance with Pennsylvania law, and specifically 18 Pa. C.S. § 5513.

13117061v1

**COUNT I**
**FALSE DESIGNATION OF ORIGIN**
**VIOLATION OF § 43(A) OF THE LANHAM ACT, 15 U.S.C. § 1125(A)**

39.    Pennsylvania Skill Games incorporates the preceding Paragraphs of this Answer and Affirmative Defenses and Counterclaim as if the same were set forth fully herein.

40.    Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania and Savvy Dog, are using Pennsylvania Skill Games' PENNSYLVANIA SKILL trademark on electronic video game machines sold, transferred, and assigned to other vendors for distribution in Beaver County and elsewhere, without Pennsylvania Skill Games' permission, which permission was given conditioned on Pace-O-Matic fulfilling its obligations under the parties' oral agreement and the Equipment Purchase Agreement.

41.    Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania and Savvy Dog, are using Pennsylvania Skill Games' PENNSYLVANIA SKILL trademark on electronic video game machines that do not contain the skill games and software plays determined to be legal in the Beaver County Criminal Case, and which instead contain games of chance and software plays which are not in compliance with Pennsylvania law, and specifically 18 Pa. C.S. § 5513, and that are being sold, transferred, and assigned to other vendors for distribution in Beaver County and elsewhere, without Pennsylvania Skill Games' permission, which permission was given conditioned on Pace-O-Matic fulfilling its obligations under the parties' oral agreement and the Equipment Purchase Agreement.

42.    Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania and Savvy Dog, are using

Pennsylvania Skill Games' PENNSYLVANIA SKILL trademark to advertise their electronic video game machines and representing that their electronic video game machines are the "only legal skill game in Pennsylvania that makes any money," and that it is "completely legal to pay cash prizes."

43. The message conveyed by Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania and Savvy Dog, is that their electronic video game machines are associated with Pennsylvania Skill Games and contain the skill games and software plays determined to be legal in the Beaver County Criminal Case.

44. Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania and Savvy Dog, do not give any attribution to Pennsylvania Skill Games as the owner of the PENNSYLVANIA SKILL trademark.

45. Pace-O-Matic's and Miele Manufacturing's, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania's and Savvy Dog's, use of the PENNSYLVANIA SKILL trademark is likely to cause confusion, mistake, or deception with respect to the origin and/or sponsorship of the electronic video game machines.

46. Pace-O-Matic's and Miele Manufacturing's, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania's and Savvy Dog's, use of the PENNSYLVANIA SKILL trademark creates an unwanted association between Pace-O-Matic and Miele Manufacturing and POM of Pennsylvania and Savvy Dog and Pennsylvania Skill Games. Pennsylvania Skill Games has a right to be free from such unwanted association.

13117061v1

47.     Pace-O-Matic's and Miele Manufacturing's, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania's and Savvy Dog's, use of the PENNSYLVANIA SKILL trademark occurred in interstate commerce and was made in connection with goods and services that are being offered for sale in interstate commerce.

48.     Pace-O-Matic's and Miele Manufacturing's, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania's and Savvy Dog's, use of the PENNSYLVANIA SKILL trademark constitute a false designation of origin under the Lanham Act, and creates unwanted associations between Pace-O-Matic and Miele Manufacturing and POM of Pennsylvania and Savvy Dog and Pennsylvania Skill Games, each of which has proximately caused Pennsylvania Skill Games to suffer irreparable harm and incur damages, including without limitation damage to its reputation, and Pace-O-Matic and Miele Manufacturing, and upon information and belief, POM of Pennsylvania and Savvy Dog, have wrongfully profited from the foregoing.

WHEREFORE, Pennsylvania Skill Games, LLC respectfully requests that this Court enter Judgment in its favor on Count I of its Counterclaim against Defendants POM of Pennsylvania, LLC and Savvy Dog Systems, LLC and grant Pennsylvania Skill Games, LLC the relief set forth in its Prayer for Relief.

## COUNT II
## FALSE ADVERTISING
## VIOLATION OF § 43(A) OF THE LANHAM ACT, 15 U.S.C. § 1125(A)

49.     Pennsylvania Skill Games hereby incorporates the preceding Paragraphs of this Answer and Affirmative Defenses and Counterclaim as if the same were set forth fully herein.

50.     Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania and Savvy Dog, have made, and

13117061v1

are continuing to make, literally false statements of fact regarding their electronic video game machines.

51.    In the alternative, Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania and Savvy Dog, have made substantially misleading statements regarding their electronic video game machines.

52.    Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania and Savvy Dog, have intentionally set out to deceive Pennsylvania Skill Games' existing and prospective customers with respect to the legality of their electronic video game machines.

53.    The deliberate conduct of Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania and Savvy Dog, is egregious in nature.

54.    In the alternative, Pace-O-Matic's and Miele Manufacturing's, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania's and Savvy Dog's, false or misleading statements have the tendency to deceive a substantial portion of the intended audience of customers.

55.    Pace-O-Matic's and Miele Manufacturing's, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania's and Savvy Dog's, false or misleading statements are material in that they are likely to influence purchasing decisions.

56.    Pace-O-Matic's and Miele Manufacturing's, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania's and Savvy Dog's, electronic video game machines travel in interstate commerce.

13117061v1

57.     Pace-O-Matic's and Miele Manufacturing's, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania's and Savvy Dog's, false or misleading statements have proximately caused Pennsylvania Skill Games to suffer irreparable harm and incur damages, including without limitation damage to its reputation, and Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania and Savvy Dog, have wrongfully profited from such false and misleading statements.

WHEREFORE, Pennsylvania Skill Games, LLC respectfully requests that this Court enter Judgment in its favor on Count II of its Counterclaim against Defendants POM of Pennsylvania, LLC and Savvy Dog Systems, LLC and grant Pennsylvania Skill Games, LLC the relief set forth in its Prayer for Relief.

## COUNT III
## COMMON LAW TRADEMARK INFRINGEMENT

58.     Pennsylvania Skill Games hereby incorporates all preceding Paragraphs of this Complaint as if the same were fully set forth herein.

59.     Pennsylvania Skill Games is the owner of the PENNSYLVANIA SKILL trademark as used in several forms, including, without limitation, a stylized form and a standard character word form, used on or in connection with certain goods and services, including but not limited to electronic gaming machines, as well as all right, title, and interest in common law rights from uses on goods and services for which registrations have not yet been obtained.

60.     Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania and Savvy Dog, have used Pennsylvania Skill Games' trademark rights without justification and without Pennsylvania Skill Games' license or permission.

13117061v1

61.     Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania and Savvy Dog, have violated Pennsylvania Skill Games' trademark rights.

62.     Pace-O-Matic's and Miele Manufacturing's, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania's and Savvy Dog's, infringement has proximately caused Pennsylvania Skill Games to suffer irreparable harm and incur damages, including, without limitation, damage to its reputation, and Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania and Savvy Dog, have wrongfully profited from their infringement.

WHEREFORE, Pennsylvania Skill Games, LLC respectfully requests that this Court enter Judgment in its favor on Count III of its Counterclaim against Defendants POM of Pennsylvania, LLC and Savvy Dog Systems, LLC and grant Pennsylvania Skill Games, LLC the relief set forth in its Prayer for Relief.

## COUNT IV
## BREACH OF CONTRACT

63.     Pennsylvania Skill Games hereby incorporates all preceding Paragraphs of this Complaint as if the same were fully set forth herein.

64.     By selling, transferring, and assigning to Pennsylvania Skill Games electronic video game machines that do not contain the skill games and software plays determined to be legal in the Beaver County Criminal Case and which instead contain games of chance and software plays which are not in compliance with Pennsylvania law, and specifically 18 Pa. C.S. § 5513, Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the

averments of its Complaint, POM of Pennsylvania, have materially breached the terms and conditions of the Equipment Purchase Agreement.

65.     By selling, transferring, and assigning electronic video game machines to other vendors for distribution in Beaver County, without first giving notice to Pennsylvania Skill Games of their intention to sell, transfer, and assign the same and without providing Pennsylvania Skill Games an opportunity to exercise its Right of First Refusal, Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of its Complaint, POM of Pennsylvania, have materially breached the terms and conditions of the Equipment Purchase Agreement.

66.     As a direct and proximate result of Pace-O-Matic's and Miele Manufacturing's, and upon information and belief based upon the averments of its Complaint, POM of Pennsylvania's, material breaches of the terms and conditions of the Equipment Purchase Agreement, Pennsylvania Skill Games has suffered irreparable harm and damages.

WHEREFORE, Pennsylvania Skill Games, LLC respectfully requests that this Court enter Judgment in its favor on Count IV of its Counterclaim against Defendants POM of Pennsylvania, LLC and Savvy Dog Systems, LLC and grant Pennsylvania Skill Games, LLC the relief set forth in its Prayer for Relief.

**COUNT V**
**COMMON LAW UNFAIR COMPETITION**

67.     Pennsylvania Skill Games hereby incorporates all preceding Paragraphs of this Complaint as if the same were set forth fully herein.

68.     Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania and Savvy Dog, have engaged in common law unfair competition through deceptive marketing by placing Pennsylvania Skill

13117061v1

Games' PENNSYLVANIA SKILL trademark on electronic video game machines without Pennsylvania Skill Games' permission.

69.    Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania and Savvy Dog, have prepared and disseminated misleading information regarding their association with electronic video game machines without Pennsylvania Skill Games' permission.

70.    Pace-O-Matic's and Miele Manufacturing's, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania's and Savvy Dog's, unfair competition has proximately caused Pennsylvania Skill Games to suffer irreparable harm and incur damages, including, without limitation, damage to its reputation, and Pace-O-Matic and Miele Manufacturing, and upon information and belief based upon the averments of their Complaint, POM of Pennsylvania and Savvy Dog, have wrongfully profited from their unfair competition.

WHEREFORE, Pennsylvania Skill Games, LLC respectfully requests that this Court enter Judgment in its favor on Count V against Defendants POM of Pennsylvania, LLC and Savvy Dog Systems, LLC and grant Pennsylvania Skill Games, LLC the relief set forth in its Prayer for Relief.

<strong>PRAYER FOR RELIEF</strong>

WHEREFORE, Pennsylvania Skill Games, LLC demands Judgment in its favor and against Pace-O-Matic, Inc. and Miele Manufacturing, Inc. as follows:

a.    For injunctive relief against Pace-O-Matic, Inc. and Miele Manufacturing, Inc., as well as their officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with any of

them, prohibiting Pace-O-Matic, Inc. and Miele Manufacturing, Inc. from using and misappropriating Pennsylvania Skill Games, LLC's trademarks in connection with the advertising, marketing, and promoting, and operation of, electronic video game machines.

b.    For injunctive relief against Pace-O-Matic, Inc. and Miele Manufacturing, Inc., as well as their officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with any of them, prohibiting Pace-O-Matic, Inc. and Miele Manufacturing, Inc. from further infringing on Pennsylvania Skill Games, LLC's trademarks;

c.    For the imposition of a constructive trust on all profits and monies realized as a result of the conduct described throughout this Counterclaim;

c.    For joint and several liability among Pace-O-Matic, Inc. and Miele Manufacturing, Inc.;

d.    For restitution and disgorgement of monies acquired by Pace-O-Matic, Inc. and Miele Manufacturing, Inc. as a result of the conduct described throughout this Counterclaim;

e.    For compensatory damages, plus pre-judgment and post-judgment interest thereon at the maximum legal rate;

f.    For future lost profits; and

g.    For such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff Pennsylvania Skill Games, LLC demands a Jury Trial on all issues so triable.

13117061v1

Respectfully submitted,

Dated: July 18, 2018

/s/ C. James Zeszutek
C. James Zeszutek, Esq.
Pa. I.D. No. 22071
Nicholas J. Godfrey, Esq.
Pa. I.D. No. 312031
DINSMORE & SHOHL LLP
1300 Six PPG Place
Pittsburgh, PA 15222
412.288.5861 (t)
412.281.5000 (f)
james.zeszutek@dinsmore.com
nicholas.godfrey@dinsmore.com

*Counsel for Pennsylvania Skill Games, LLC*

13117061v1