**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PENNSYLVANIA SKILL GAMES, LLC, | Civil Action No. ___2:18-cv-941___ |
| Plaintiff, | |
| v. | |
| PACE-O-MATIC, INC. and MIELE MANUFACTURING, INC. | |
| Defendant. | |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel in the above-captioned case for Pennsylvania Skill Games, LLC certifies that there are no parents, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

Dated: July 18, 2018

/s/ C. James Zeszutek
C. James Zeszutek, Esq.
Pa. I.D. No. 22071
Nicholas J. Godfrey, Esq.
Pa. I.D. No. 312031
DINSMORE & SHOHL LLP
1300 Six PPG Place
Pittsburgh, PA 15222
412.288.5861 (t)
412.281.5000 (f)
james.zeszutek@dinsmore.com
nicholas.godfrey@dinsmore.com

*Counsel for Pennsylvania Skill Games, LLC*