**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**

**Joseph F. Weis, Jr. U. S. Courthouse**
**700 Grant Street**
**Pittsburgh, PA 15219**
**www.pawd.uscourts.gov**

**JOSHUA C. LEWIS**
CLERK OF COURT                              IN REPLYING GIVE NUMBER
412–208–7500                              OF CASE AND NAMES OF PARTIES

Date: July 19, 2018

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

**RE:   PENNSYLVANIA SKILL GAMES, LLC vs. PACE–O–MATIC, INC.**
**Case Number:   2:18–CV–00941–RCM**

Dear Commissioner:

In compliance with 35 § 290 and/or 15 U.S.C. § 1116 enclosed is a copy of the docket entries and complaint which was filed in the United States District Court for the Western District of Pennsylvania.

Sincerely,

JOSHUA C. LEWIS
CLERK OF COURT

By:   /s/ **dm**
Deputy Clerk

Enclosures