**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PENNSYLVANIA SKILL GAMES, LLC, | Civil Action No. 2:18-cv-00941-RCM |
| Plaintiff, | |
| v. | |
| PACE-O-MATIC, INC. and MIELE MANUFACTURING, INC. | |
| Defendants. | |

**PRAECIPE TO ISSUE SUMMONS**

To:    The Clerk of the United States District Court for the Western District of Pennsylvania

Plaintiff Pennsylvania Skill Games, LLC hereby requests that a Summons for the Complaint filed in the above-captioned case be issued to Defendant Miele Manufacturing, Inc. in the form attached hereto as **Exhibit A**.

Respectfully submitted,

Dated: August 15, 2018

/s/ Nicholas J. Godfrey
C. James Zeszutek, Esq.
Pa. I.D. No. 22071
Nicholas J. Godfrey, Esq.
Pa. I.D. No. 312031
DINSMORE & SHOHL LLP
1300 Six PPG Place
Pittsburgh, PA 15222
412.281.5000 (t)
412.281.5055 (f)
james.zeszutek@dinsmore.com
nicholas.godfrey@dinsmore.com

*Counsel for Pennsylvania Skill Games, LLC*