AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-00941-RCM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Miele Manufacturing, Inc.

was received by me on *(date)*  August 15, 2018  .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

■ Other *(specify):* Counsel for Miele Manufacturing, Inc., Julian E. Neiser, Esq. of Spilman Thomas & Battle, PLLC, accepted service of the Summons (CM/ECF Doc. No. 6) and Complaint (CM/ECF Doc. No. 1) on behalf of Miele Manufacturing, Inc on August 17, 2018.  See attached Exhibit A, Acceptance of Service of Summons and Complaint.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  August 20, 2018          /s/ Nicholas J. Godfrey
                                                    *Server's signature*

                                              Nicholas J. Godfrey, Esq., Counsel for Pennsylvania Skill Games, LLC
                                                    *Printed name and title*

                                              1300 Six PPG Place
                                              Pittsburgh, PA 15222
                                                    *Server's address*

Additional information regarding attempted service, etc: